USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2024

**MEMORANDUM ENDORSED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

B AND T SUPPLIES, INC. d/b/a B AND T SUPPLY d/b/a BIGGEST BOOK.COM, TZVI ODZER, RUBEN AZRAK, RKDK INC. and GELATO ON HUDSON LLC d/b/a HAAGEN DAZS, ASIA STAR BROADCASTING INC., and DANIEL SHAH, *individually and on behalf of those similarly situated*,

Plaintiffs,

v.

AG MORGAN TAX & ACCOUNTING LLC, AGM CAPITAL FUND I, LLC, AGM CAPITAL FUND II LLC, ALVIN HOLDINGS, LLC RICHARD K. ARMON, BLUE STREAM INCOME FUND, LLC, CAPE COD INCOME FUND, LLC, CAPRICORN INCOME FUND I, LLC, CAPRICORN INCOME FUND PARALLEL LLC, DANIEL A. CISTONE LLC, ES EQUITY LLC, FRAN CASSIDY, GR8 INCOME FUND, LLC, ROBERT HUGHES, JADE FUND, LLC, JAX FUND, LLC, JACALYN KERBECK, LINDSAY BLAKE INC., LWM EQUITY FUND LP, LWM INCOME FUND 2, LLC, LWM INCOME FUND PARALLEL, LLC, MARINER MCA INCOME FUND, LLC, MATTHEW MILSTEAD, MCA CAPITAL FUND, LLC, MCA CAROLINA INCOME FUND, LLC, MCA NATIONAL FUND, LLC, MERCHANT FACTORING INCOME FUND, LLC, MERCHANT SERVICES INCOME FUND, LLC, MERCHANT SERVICES INCOME FUND PARALLEL, LLC, MID-ATLANTIC BROKERS, INC., MID-ATLANTIC MCA FUND, LLC, M.K.ONE INCOME FUND, LLC, DANIEL O'NEILL, PISCES INCOME FUND, LLC, PISCES INCOME FUND PARALLEL, LLC, PTK FINANCIAL, LLC, RAZR MCA FUND, LLC, RETIREMENT EVOLUTION INSURED INCOME FUND LLC, SHERPA INCOME FUND 1, LLC, SPARTAN INCOME FUND, LLC SPARTAN INCOME FUND PARALLEL, LLC, STFG INCOME FUND, LLC, CAETRINA TALBOT, VICTORY INCOME FUND, LLC, WELLEN FUND 1, LLC, WORKWELL FUND I LLC, ALEC VAGNOZZI,

Civil Action No.: 23-cv-11241

ALBERT VAGNOZZI, DEAN J. VAGNOZZI, GEMJ CHEBHEAR GRAT, LLC, JOSEF CHEHEBAR, ISAAC SHEHEBAR, ECKERT SEAMANS CHERIN & MELLOT, LLC and JOHN J. PAUCIULO,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO ALL ORIGINAL DEFENDANTS EXCEPT FOR GEMJ CHEBHEAR GRAT, LLC, JOSEF CHEHEBAR AND ISAAC SHEHEBAR**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the following Defendants from this action without prejudice and without costs including AG Morgan Tax & Accounting LLC, AGM Capital Fund I, LLC, AGM Capital Fund II LLC, Alvin Holdings, LLC Richard K. Armon, Blue Stream Income Fund, LLC, Cape Cod Income Fund, LLC, Capricorn Income Fund I, LLC, Capricorn Income Fund Parallel LLC, Daniel A. Cistone LLC, ES Equity LLC, Fran Cassidy, GR8 Income Fund, LLC, Robert Hughes, Jade Fund, LLC, Jax Fund, LLC, Jacalyn Kerbeck, Lindsay Blake Inc., LWM Equity Fund LP, LWM Income Fund 2, LLC, LWM Income Fund Parallel, LLC, Mariner MCA Income Fund, LLC, Matthew Milstead, MCA Capital Fund, LLC, MCA Carolina Income Fund, LLC, MCA National Fund, LLC, Merchant Factoring Income Fund, LLC, Merchant Services Income Fund, LLC, Merchant Services Income Fund Parallel, LLC, Mid-Atlantic Brokers, Inc., Mid-Atlantic MCA Fund, LLC, M.K. One Income Fund, LLC, Daniel O'Neill, Pisces Income Fund, LLC, Pisces Income Fund Parallel, LLC, PTK Financial, LLC, RAZR MCA Fund, LLC, Retirement Evolution Insured Income Fund LLC, Sherpa Income Fund 1, LLC, Spartan Income Fund, LLC Spartan Income Fund Parallel, LLC, STFG Income Fund, LLC, Caetrina Talbot, Victory Income Fund, LLC, Wellen Fund 1, LLC, Workwell Fund I LLC, Alec Vagnozzi, Albert Vagnozzi, Dean J. Vagnozzi.

This action shall continue as to Defendants Gemj Chebhear Grat, LLC, Josef Chehebar and Isaac Shehebar only.

Dated: July 1, 2024

**WHITE AND WILLIAMS LLP**

BY: /s/ *Shane Heskin*
Shane R. Heskin
Alex D. Corey
810 Seventh Avenue, Suite 500
New York, NY 10019
(215) 864-6329
heskins@whiteandwilliams.com
coreya@whiteandwilliams.com

**ALMEIDA LAW GROUP LLC**

David S. Almeida
Matthew Langley
Elena A. Belov
849 W. Webster Avenue
Chicago, Illinois 60614.
(312) 576-3024
david@almeidalawgroup.com
matt@almeidalawgroup.com
elena@almeidalawgroup.com
*Counsel for Plaintiffs*

Plaintiffs have voluntarily dismissed their individual claims against Defendants AG Morgan Tax & Accounting LLC, AGM Capital Fund I, LLC, AGM Capital Fund II LLC, Alvin Holdings, LLC, Richard K. Armon, Blue Stream Income Fund, LLC, Cape Cod Income Fund, LLC, Capricorn Income Fund I, LLC, Capricorn Income Fund Parallel LLC, Daniel A. Cistone LLC, ES Equity LLC, Fran Cassidy GR8 Income Fund, LLC, Robert Hughes, Jade Fund, LLC, Jax Fund, LLC, Jacalyn Kerbeck, Lindsay Blake Inc., LWM Equity Fund LP, LWM Income Fund 2, LLC, LWM Income Fund Parallel, LLC, Mariner MCA Income Fund, LLC, Matthew Milstead, MCA Capital Fund, LLC, MCA Carolina Income Fund, LLC, MCA National Fund, LLC, Merchant Factoring Income Fund, LLC, Merchant Services Income Fund, LLC, Merchant Services Income Fund Parallel, LLC, Mid-Atlantic Brokers, Inc., Mid-Atlantic MCA Fund, LLC, M.K. One Income Fund, LLC, Daniel O'Neill, Pisces Income Fund, LLC, Pisces Income Fund Parallel, LLC, PTK Financial, LLC, RAZR MCA Fund, LLC, Retirement Evolution Insured Income Fund LLC, Sherpa Income Fund 1, LLC, Spartan Income Fund, LLC Spartan Income Fund Parallel, LLC, STFG Income Fund, LLC, Caetrina Talbot, Victory Income Fund, LLC, Wellen Fund 1, LLC, Workwell Fund I LLC, Alec Vagnozzi, Albert Vagnozzi, and Dean J. Vagnozzi (the "Dismissed Defendants") under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to remove the names of the Dismissed Defendants from the caption of this case. For the avoidance of doubt, Defendants Gemj Chebhear Grat, LLC, Josef Chehebar, and Isaac Shehebar are the only remaining Defendants in this action.

SO ORDERED.

Dated: July 1, 2024
New York, New York

GREGORY H. WOODS
United States District Judge