UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
B AND T SUPPLIES, INC., d/b/a B AND :
T SUPPLY d/b/a BIGGESTBOOK.COM, :
*et al., individually and on behalf of those similarly* : 23-CV-11241 (JAV) (HJR)
*situated*, :
                                  Plaintiff, : **ORDER**
                  -against- :
:
GEMJ CHEHEBAR GRAT, LLC, JOSEF :
CHEHEBAR, and ISAAC SHEHEBAR, :
:
                                 Defendants. :
-------------------------------------------------------------- X

JEANNETTE A. VARGAS, District Judge:

WHEREAS, all parties have consented to the transfer of the above-captioned matter to the United States District Court for the Southern District of Florida, Miami Division, s*ee* ECF No. 102; and

WHEREAS, the Court finds that the convenience of the parties would be served by the requested transfer, it is hereby

**ORDERED** that the parties' request to transfer pursuant to 28 U.S.C. § 1404(a) is GRANTED.  The Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of Florida, Miami Division.

Dated: August 22, 2025  
       New York, New York

                                                         _____  
                                                         JEANNETTE A. VARGAS  
                                                         United States District Judge